■ DANIEL A. DIFLORIO, SR., et al., Appellants, v DAVID F. VAN SLYKE et al., Defendants, and ROBERT J. LINDSEY, Respondent. (Appeal No. 2.) [652 NYS2d 563] —Appeal from order insofar as it denied reargument unanimously dismissed (*see, Empire Ins. Co. v Food City,* 167 AD2d 983, 984) and order reversed on the law without costs, motion denied and amended complaint against defendant Robert J. Lindsey reinstated. Same Memorandum as in *DiFlorio v Van Slyke* (234 AD2d 961 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Tormey, III, J.—Summary Judgment.) Present— Green, J. P., Pine, Doerr and Boehm, JJ.

■ SAIR AVIATION, INC., Appellant, v SYRACUSE EXECUTIVE AIR SERVICE, INC., et al., Respondents. [652 NYS2d 578] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Dismiss Cause of Action.) Present—Green, J. P., Pine, Doerr and Boehm, JJ.